1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKEY CALHOUN,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STATE OF WASHINGTON, *et al*,<br><br>　　　　　　　Defendants. | Case No.  C08-5101RBL/JKA<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. # 1 and 3), is GRANTED.  Plaintiff is currently detained at the State of Washington Department of Social and Health Services' Special Commitment Center, located at McNeil Island, and does not appear to have funds available to afford the $350.00 court filing fee.

　　The Clerk is directed to mail a copy of this Order to plaintiff.

　　DATED this 17 day of March, 2008.

　　　　　　　　　　　　　　　　　　　/S/ *J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1