UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY CALHOUN,

          Plaintiff,

          v.

SPECIAL COMMITMENT CENTER, WASHINGTON STATE DEPARTMENT OF SOCIAL HEALTH SERVICES *et al*.,

          Defendants.

Case No. C08-5101RBL/JKA

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion to strike the amended complaint and dismiss the action is **DENIED.**

(3) An answer to the amended complaint will be due ten days after this order is filed.

(4) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 10th day of October, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1