UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY CALHOUN,

           Plaintiff,

   v.

STATE OF WASHINGTON, *et al*,

           Defendants.

Case No. C08-5101RBL/JKA

ORDER

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is defendant's motion to withdraw their motion to dismiss filed pursuant to Fed. R. Civ. P. 12 (b)(1) (Dkt. # 78, withdrawing Dkt. # 72).

    The court notes, defendants have filed a motion for judgment on the pleadings, (Dkt # 81), and a motion to stay discovery (Dkt # 84).

    A party may generally withdraw their own motion. The motion to withdraw the motion to dismiss filed pursuant to Fed. R. Civ. P. 12 (b)(1) is **GRANTED.**

    The new motion for judgment on the pleadings is noted for January 2, 2009, as is the motion to stay discovery (Dkt. # 81 and 84).

    The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants, and to remove Dkt. # 72 and 78 from the calendar.

    DATED this 15 day of December, 2008.

                                             /S/ *J. Kelley Arnold*
                                           J. Kelley Arnold
                                           United States Magistrate Judge