UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY CALHOUN,

        Plaintiff,

v.

DR. HENRY RICHARDS *et* al.,

        Defendants.

CASE NO. C08-5101RBL/JRC

ORDER EXTENDING
DISCOVERY CUT OFF DATE

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed a motion asking that the discovery cutoff date be extended until September 22, 2009, and the dispositive motion cutoff date be extended until October 2, 2009 (Dkt. # 137). Defendants do not oppose the motion (Dkt. # 147).

The Court does normally give more than two weeks between the discovery cutoff and dispositive motion dates. However, as there is no opposition to the motion, the motion is

ORDER - 1

1 | GRANTED. Discovery must be completed by September 22, 2009. Dispositive motions must
2 | be filed and served by October 2, 2009.
3 |     The Clerk's Office is directed to send plaintiff a copy of this order and remove Dkt. # 137
4 | from the Court's calendar.
5 |     Dated this 24th day of July, 2009.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge