UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKEY CALHOUN,<br><br>              Plaintiff,<br><br>     v.<br><br>DR. HENRY RICHARDS *et* al.,<br><br>              Defendants. | CASE NO. C08-5101RBL/JRC<br><br>ORDER ON PENDING DISCOVERY |

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. This Order addresses two of Plaintiff's motions regarding discovery, (Dkt # 143and 146).

In the first motion plaintiff asks for leave to depose the defendants and asks the defendants to bear the cost of providing a tape recorder and tapes for the deposition. Defendants oppose the motion and ask plaintiff to bear the costs (Dkt. # 149). Plaintiff replies arguing he is indigent (Dkt. # 152). The motion to take the depositions is GRANTED. Defendants will

ORDER - 1

provide two working tape recorders. Plaintiff will provide two new blank tapes for each deposition. Two copies of the deposition will be made with each side retaining one copy. The deposition will take place before September 25, 2009. In the next motion plaintiff asks for leave to depose four non defendants by written question (Dkt. # 146). Defendants do not oppose the motion (Dkt. # 151). The motion is GRANTED. The parties are directed to follow Fed. R. Civ. P. 31 regarding the taking of depositions by written questions. The scope of discovery is limited to issues relevant to this action by the Court's prior order (Dkt. # 128, page 4). Plaintiff will have until September 13, 2009 to make arrangements for the taking of these depositions. The Clerk's Office is directed to send plaintiff a copy of this order and remove (Dkt. # 143 and 146) from the Court's calendar.

Dated this day 12th day of August, 2009.

J. Richard Creatura
United States Magistrate Judge