HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKY CALHOUN,

        Plaintiff,

v.

DR. HENRY RICHARDS et. al.,

        Defendants.

Case No. C08-5101RBL/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's motion for an injunction to allow his family members to purchase legal supplies is DENIED.

    (3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

Dated this 17th day of August, 2009.

                      RONALD B. LEIGHTON
                      UNITED STATES DISTRICT JUDGE