UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY CALHOUN,

    Plaintiff,

v.

DR. HENRY RICHARDS *et* al.,

    Defendants.

CASE NO. C08-5101RBL/JRC

ORDER

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4.

Before the court is defendant's motion asking for leave to depose plaintiff (Dkt # 170). Leave of court is needed because discovery has been limited by the court (Dkt. # 128). The motion is GRANTED.

The Clerk's Office is directed to send plaintiff a copy of this order and remove (Dkt. #170) from the Court's calendar.

Dated this 8th day of September, 2009.

                              J. Richard Creatura
                              United States Magistrate Judge