# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RICKEY CALHOUN,

    Plaintiff,

v.

DR. HENRY RICHARDS *et* al.,

    Defendants.

CASE NO. C08-5101RBL/JRC

ORDER

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion asking for leave to video tape a deposition and to have a stenographer.

The plaintiff does not need leave of court to hire a stenographer or have a deposition videotaped. To the extent plaintiff appears to want to shift the cost of taking a deposition in this manner to the court or defendants, the motion is DENIED.

The Clerk's Office is directed to send plaintiff a copy of this order and remove (Dkt. # 175) from the Court's calendar.

Dated this 21st day of September, 2009.

                                                J. Richard Creatura
                                              United States Magistrate Judge