UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY CALHOUN,

        Plaintiff,

        v.

DR. HENRY RICHARDS *et* al.,

        Defendants.

CASE NO. C08-5101RBL/JRC

ORDER ON PENDING DISCOVERY

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion asking for court permission to transcribe depositions (Dkt. # 204). Plaintiff states "[a]s an IFP pro se litigant Plaintiff requests permission from the Court to have the depositions of defendants transcribed so he may refer to depositions in his defense of a summary judgment motion."

Plaintiff does not need the court's permission to send out his tapes and have them transcribed. Accordingly, the motion is DENIED. To the extent plaintiff may be asking the Court to pay for transcription the motion is also DENIED. While plaintiff is proceeding *in forma*

ORDER - 1

*pauperis,* this status does not waive the costs associated with litigation other than the filing fee. Plaintiff must pay for all other costs of litigation.

The Clerk's Office is directed to send plaintiff a copy of this order and remove (Dkt. # 204) from the Court's calendar.

Dated this 16th day of November, 2009.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge

ORDER - 2