UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKEY CALHOUN,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. HENRY RICHARDS *et* al.,<br><br>            Defendants. | CASE NO. C08-5101RBL/JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO REPLY TO THE PENDING MOTION FOR SUMMARY JUDGMENT |

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4.

Before the court is plaintiff's motion asking for an extension of time to reply to a pending motion for summary judgment (Dkt. # 220). This motion was made in conjunction with a motion to stay consideration of summary judgment for further discovery. This action has been pending for over two years. Plaintiff has repeatedly sought and received continuances. Plaintiff has not demonstrated good cause for another continuance.

The motion is **DENIED**. A response to the motion for summary judgment, (Dkt. # 208), is due 14 days from entry of this order. Any reply the defendants wish to file will be due 21 days

ORDER - 1

after entry of this order.  The motion for summary judgment, (Dkt. # 220), is re-noted for **April 2, 2010**.

The Clerk's Office is directed to send plaintiff a copy of this order, remove (Dkt. # 220) from the Court's calendar, and re-note Dkt. # 220.

Dated this 5th day of March, 2010.

J. Richard Creatura
United States Magistrate Judge