UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY CALHOUN,

          Plaintiff,

     v.

STATE OF WASHINGTON, *et al*.

          Defendants.

CASE NO. C08-5101RBL/JRC

ORDER DIRECTING THE CLERK OF COURT TO RETURN TAPES SENT TO COURT

     This 42 §1983 Civil Rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b) (1) (A) and 636(b) (1) (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

     On April 1 2010, the court received a box of taped depositions from plaintiff with a note directing that the tapes be included in the record. Transcripts of the depositions have been electronically filed. The court orders the Clerk of Court to return the box of tapes to plaintiff. Plaintiff should consult Fed. R. Civ. P. 7 regarding acceptable filings in a case. The court does not normally store discovery. Further, no motion is before the court regarding the storage of discovery.

ORDER - 1

1  The Clerk of Court is directed to send a copy of this Order to plaintiff and return the box
2  of taped depositions and the note from plaintiff.

3  DATED this 2nd day of April 2010.

                                               J. Richard Creatura
                                               United States Magistrate Judge